JAMES HALLAS, Appellant, v. NORTH RIVER INSURANCE COMPANY OF NEW YORK, Respondent.

JAMES HALLAS, Appellant, v. COSMOPOLITAN MUTUAL FIRE INSURANCE COMPANY OF NEW YORK, Respondent.

Argued May 27, 1952; decided July 15, 1952.

*Leo B. Mittelman* and *Frederick W. Scholem* for appellant.
*Samuel A. Berger* and *Irwin Leibowitz* for respondents.

In each case: Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.